UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CLARESSA RIDDLE, | ) | Case No. 1:17 CV 1973 |
| | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| CITIZENS BANK, N.A., et al., | ) | |
| | ) | |
| Defendants. | ) | |

Counsel  has notified the Court that above captioned case has been dismissed with

prejudice.  Each party to bear its own costs.

Therefore, this case is dismissed with prejudice.

IT IS SO ORDERED.

_/s/Donald C. Nugent___
DONALD C. NUGENT
United States District Judge

DATE: _April 23, 2018____